AO 247 (10/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582 (c) (2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| United States of America | ) | Case No: <u>4:08CR513 TLW (1)</u>_____ |
| | ) | USM No: <u>16253-171</u>_____ |
| -versus- | ) | <u>Michael A. Meetze, Public Defender</u> |
| | ) | Defendant's Attorney |
| **Gregory Maurice Boone** | ) | |
| Date of Previous Judgment: August 28, 2009 | ) | |
| *(Use Date of Last Amended Judgment if Applicable* | ) | |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  ■ <u>the defendant</u>  ❒ the Director of the Bureau of Prisons  ❒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

❒    DENIED.    ■ <u>GRANTED</u> and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of one hundred fifteen (115) months **is reduced to** ninety-six (96) months. In the event this sentence is less than the amount of time Defendant has already served, this sentence is reduced to a time-served sentence of imprisonment.

Except as provided above, all provisions of the judgment filed  <u>August 28, 2009</u> shall remain in effect.

**IT IS SO ORDERED**.

Order Date:     <u>November 21, 2011</u>         <u>s/ Terry L. Wooten_____</u>
                                              *Judge's signature*

Effective Date:  _____           <u>Terry L. Wooten, United States District Judge</u>
*(if different from order date)*              *Printed name and title*